UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY LEMONTE RODGERS, | No.  2:00-CV-0961 LKK DAD P |
| Petitioner, | |
| v. | ORDER |
| CHERYL K. PLILER, Warden, | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed a "motion for reconsideration" of this court's denial of his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 4, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served.  It is the petitioner's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4  1. The findings and recommendations filed September 4, 2013 are adopted in full;
5  2. Petitioner's "motion for reconsideration" is deemed an unauthorized successive
6 application for a writ of habeas corpus and is dismissed;
7  x. The court declines to issue the certificate of appealability referenced in 28 U.S.C. §
8 2253.
9  DATED: October 21, 2013.

```
                             /s/ Lawrence K. Karlton
                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT
```